No. 10–7039. Powell v. Allen, Commissioner, Alabama Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 10–7075. Hayduk v. City of Johnstown, Pennsylvania, et al. C. A. 3d Cir. Certiorari denied.

No. 10–7192. Castrillo-Rubio, aka Salazar-Rubio, aka Castrillo, aka Rubio, aka Castillo-Rubio v. United States. C. A. 5th Cir. Certiorari denied.

No. 10–7210. Cook v. Arizona. Super. Ct. Ariz., County of Mohave. Certiorari denied.

No. 10–7241. Awkal v. Mitchell, Warden. C. A. 6th Cir. Certiorari denied.

No. 10–7394. White v. Adams, Warden. C. A. 9th Cir. Certiorari denied.

No. 10–7404. Kiss v. Ryan, Director, Arizona Department of Corrections, et al. C. A. 9th Cir. Certiorari denied.

No. 10–7410. Wade v. Florida. Sup. Ct. Fla. Certiorari denied.

No. 10–7417. Ortiz v. Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 10–7421. P. E. v. Utah. Ct. App. Utah. Certiorari denied.

No. 10–7424. Dang v. McDonald, Warden. C. A. 9th Cir. Certiorari denied.

No. 10–7426. Worthem v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–7431. Bethel v. City of Bay Minette, Alabama. Ct. Crim. App. Ala. Certiorari denied.